UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTEL ARTIS,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Defendants | Case No. 2:24-cv-02186-APG-DJA<br><br>**ORDER** |

**I.　DISCUSSION**

　　On December 5, 2024, Plaintiff Martel Artis was an inmate in the custody of the Clark County Detention Center ("CCDC") who filed an application to proceed *in forma pauperis*. (ECF No. 4). However, Plaintiff's application to proceed *in forma pauperis* was incomplete because he had not submitted his jail trust fund account statement for the previous six-month period. The Court granted Plaintiff an extension of time until February 7, 2025, to submit the missing document. (ECF No. 5). In response, Plaintiff submitted another incomplete application to proceed *in forma pauperis* which, again, was missing his jail trust fund account statement for the previous six-month period. (ECF No. 6). On February 10, 2025, Plaintiff filed a change of address notifying the Court that he was now in the custody of the Nevada Department of Corrections ("NDOC"). (ECF No. 7). The Court granted Plaintiff an extension of time to file a fully complete application to proceed *in forma pauperis*. (ECF No. 8). In response, Plaintiff filed another incomplete application to proceed *in forma pauperis* which, again, was missing his inmate trust fund account statement for the previous six-month period. (ECF No. 9). The Court will grant Plaintiff one **final** extension of time to file a fully complete application to proceed *in forma pauperis*.

　　The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28

1  U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply
2  to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an
3  inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the
4  following documents to the Court: (1) a completed **Application to Proceed *in Forma***
5  ***Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly
6  signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is
7  page 4 of the Court's approved form, that is properly signed by both the inmate and a
8  prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account**
9  **statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev.
10 Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her
11 obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.
12 *See* 28 U.S.C. § 1915(b).

13 **II.   CONCLUSION**

14      For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in*
15 *forma pauperis* (ECF No. 9) is denied as incomplete.

16      The Clerk of the Court is directed to send Plaintiff the approved form application to
17 proceed *in forma pauperis* by an inmate with instructions.

18      It is further ordered that Plaintiff has **until May 9, 2025,** to either pay the full $405
19 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three
20 required documents: (1) a completed application with the inmate's two signatures on page
21 3, (2) a completed financial certificate that is signed both by the inmate and the prison
22 official, and (3) a copy of the inmate's trust fund account statement for the previous six-
23 month period.

24 ///

25

26 ///

27

28 ///

1    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
2  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff
3  to refile the case with the Court, under a new case number, when Plaintiff can file a
4  complete application to proceed *in forma pauperis* or pay the required filing fee.

6    DATED: April 7, 2025

  _____
  UNITED STATES MAGISTRATE JUDGE