# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARTEL ARTIS,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 2:24-cv-02186-APG-DJA

**Order Denying Motion for Pre-trial Order**

[ECF No. 60]

Martel Artis filed a motion for pre-trial order. ECF No. 60.  The joint pretrial order is due 30 days after the deadline for filing motions for summary judgment, if any are filed. ECF No. 52 at 4.  That deadline has not come yet, so Artis' motion is premature.

I THEREFORE ORDER that Artis' motion for pre-trial order **(ECF No. 60) is denied**.

Dated: June 18, 2026

_____

Andrew P. Gordon
Chief United States District Judge