JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: malanis@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTEL ARTIS,

Plaintiff,

vs.

CLARK COUNTY, LAS VEGAS METRO POLICE DEPT, CITY OF LAS VEGAS, JOE LOMBARDO, J. PATRICK,

Defendants.

CASE NO. 2:24-cv-2186-APG-DJA

**<u>MOTION TO REMOVE ATTORNEY FROM SERVICE LIST</u>**

Defendant CITY OF LAS VEGAS, through JEFFRY M. DOROCAK, City Attorney, by MICHELLE DI SILVESTRO ALANIS, Deputy City Attorney, hereby requests the removal of Paul Mata from the CM/ECF Service List as he is no longer affiliated with the Las Vegas City Attorney's Office.

DATED this 20th day of October, 2026.

JEFFRY M. DOROCAK
City Attorney

By: */s/ Michelle Di Silvestr Alanis*
MICHELLE DI SILVESTRO ALANIS
Deputy City Attorney
Nevada Bar No. 10024
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

IT IS ORDERED that the motion (ECF No. 130) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove Paul Mata, Esq. as counsel of record in this action.



DATED: October 21, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I served a true and correct copy of the foregoing MOTION TO REMOVE ATTORNEY FROM SERVICE LIST through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Martel Artis, #1226938
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
Pro Per Plaintiff

Isabella Goldsmith, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive, #650
Las Vegas, NV 89135-2958
Attorneys for Defendant LVMPD

/s/ *Cindy Kelly*
AN EMPLOYEE OF THE CITY OF LAS VEGAS